```
           IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                       MARTINSBURG
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                          **CRIMINAL NO. 3:06CR35**
                                                                **(STAMP)**

**STEPHANIE SPENCER,**

    **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND REVOKING SUPERVISED RELEASE

On December 6, 2006, the defendant's supervising probation officer, Jocelyn R. Petsko, filed a petition to revoke the defendant's supervised release (Doc. 28) alleging that the defendant violated the terms of her supervised release by committing another federal, state, or local crime, by illegally possessing a controlled substance, by unlawfully using a controlled substance, and by frequenting places where controlled substances are illegally sold, used, distributed, or administered.

On December 12, 2006, United States Magistrate Judge David J. Joel conducted a hearing on the petition. At the hearing, the parties informed the Court that they had reached an agreement in regard to the alleged violations. Pursuant to that agreement, the defendant admitted guilt to the violations in exchange for the United States' recommendation that the defendant receive a six (6) month term of incarceration with no supervision to follow. On

December 18, 2006, Magistrate Judge Joel issued his written Report and Recommendation recommending that the parties' agreement be given effect.

Magistrate Judge Joel's Report and Recommendation informed the parties that they could file written objections within 10 days of service, and warned that a failure to file objections would waive the party's appellate rights should this Court adopt the Magistrate Judge's recommendations. 28 U.S.C. § 636(b)(1); <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).

Neither party has filed objections to the Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of the above. As a result, the Court is of the opinion that the Magistrate Judge's Report and Recommendation (Doc. 36) should be, and is hereby, **ORDERED** adopted. As such, the Court now **REVOKES** the defendant's supervised release, and institutes a term of six months incarceration with no supervision to follow. A Judgment and Commitment Order shall follow.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this Order to the defendant, all counsel of record, and the appropriate agencies.

**DATED** this 2nd day of February, 2007.

                                    /s/ Frederick P. Stamp, Jr.
                                    **FREDERICK P. STAMP, JR.**
                                    **UNITED STATES DISTRICT JUDGE**